UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. BIRD,<br><br>        Plaintiff,<br><br>   v.<br><br>SKILLMAN, et al.,<br><br>        Defendants. | No. 2:17-cv-02018-TLN-CMK<br><br><br>**ORDER** |

      Plaintiff, proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On October 26, 2017, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 26, 2017, are adopted in full;
2. This action is dismissed as duplicative of <u>Bird v. County of Tehama, et al.</u>, case number 2:13-cv-2549-MCE-CKD, and <u>Bird v. Skillman, et al.</u>, case

1

number 2:16-cv-2352-GEB-CMK; and

3. The Clerk of the Court is directed to close this case.

Dated: January 2, 2018

Troy L. Nunley
United States District Judge